**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: SCOTT W. TINSLEY
1405 W. 9TH STREET
BELVIDERE, IL  61008

SSN-xxx-xx-1558

Case Number: 07-72374

Case filed on: 10/2/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,868.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 1,746.58 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 1,746.58 | 0.00 |
| 999 | SCOTT W. TINSLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 16,510.56 | 15,500.00 | 0.00 | 0.00 |
| 002 | BOONE COUNTY TREASURER | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| 003 | CHASE HOME FINANCE | 4,955.07 | 0.00 | 0.00 | 0.00 |
| 004 | HSBC MORTGAGE SERVICES | 1,330.84 | 1,330.84 | 0.00 | 0.00 |
|  | Total Secured | 24,296.47 | 18,330.84 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 1,010.56 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 15,151.37 | 15,151.37 | 0.00 | 0.00 |
| 006 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 4,127.82 | 4,127.82 | 0.00 | 0.00 |
|  | Total Unsecured | 19,279.19 | 20,289.75 | 0.00 | 0.00 |
|  | Grand Total: | 45,575.66 | 40,620.59 | 1,746.58 | 0.00 |

Total Paid Claimant:     $1,746.58
Trustee Allowance:        $121.42
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan